**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JOHN CALTON )
)
Plaintiff, ) Case No. _______________
)
vs. )
)
JVM SOVEREIGN APARTMENTS, LLC )
)
Defendant. )

**DEFENDANT JVM SOVEREIGN APARTMENTS, LLC'S NOTICE OF REMOVAL**

**COMES NOW** Defendant JVM Sovereign Apartments, LLC (hereinafter "JVM" or "Defendant"), by and through counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and District of Kansas Local Rule 81.1, and hereby removes the state action described below to the United States District Court for the District of Kansas. As grounds for removal, Defendant states the following:

1. JVM is named as a defendant in a civil action brought against it in the District Court of Johnson County, Kansas, captioned *John Calton v. JVM Sovereign Apartments, LLC*, Case No.: 17CV06863, filed on December 11, 2017.

2. Defendant filed its Answer & Affirmative Defenses on December 28, 2017.

3. A copy of the Petition, Request for Summons and the Return of Service are attached hereto as **Exhibit A**. A copy of Defendant's Answer & Affirmative Defenses is attached hereto as **Exhibit B**. A printout of the Johnson County, Kansas District Court "Case History" has been attached as **Exhibit C**. Pursuant to Local Rule 81.2, Defendant has filed contemporaneously herewith a copy of all records and proceedings had in the state court action.

4. This action involves a claim for negligence. Plaintiff alleges Defendant, who is the owner of the apartment complex at which Plaintiff resided, negligently constructed, installed, and/or maintained a gas grill enclosure and gas grill located in a common area on the property, and that such alleged negligence caused the grill to explode, thereby injuring Plaintiff.

5. Undersigned counsel accepted service of process of the Petition on the same day it was filed with the District Court of Johnson County, Kansas – December 11, 2017.

6. Because this Notice of Removal is filed with the Court within thirty (30) days after service of the Petition on Defendant, and because this action was commenced less than one year ago, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446.

7. Plaintiff is a resident of Overland Park, Johnson County, Kansas.

8. Defendant JVM Sovereign Apartments, LLC, the sole defendant in this lawsuit, is a company organized and existing under the laws of the State of Delaware and having its principal place of business in Illinois. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), Defendant JVM is a citizen of the States of Delaware and Illinois for purposes of diversity jurisdiction.

9. Complete diversity of citizenship exists because Plaintiff and Defendant are citizens of different states.

10. Pursuant to Rule 14 of the Federal Rules of Civil Procedure, Defendant JVM intends to assert third-party claims against the developer of the apartment complex, the general construction contractor of the apartment complex, and the manufacturer of the gas grill. These entities are Davis Development, Inc., Morrow Construction Company, Inc., and Bull Outdoor Products, Inc., respectively. Davis Development and Morrow Construction are organized and exist under the laws of the State of Georgia and have their principal places of business in Georgia. Bull Outdoor Products is organized and exists under the laws of the State of California

and has its principal place of business in California. Thus, the subsequent addition of these third parties will not negate complete diversity.

11. While Defendant JVM denies Plaintiff's alleged damages and contests the propriety of any award in Plaintiff's favor, Plaintiff prays for judgment in excess of $75,000 (*see* Plaintiff's Petition) and Plaintiff's allegations establish, beyond a preponderance of the evidence, the amount in controversy in this action exceeds $75,000, exclusive of interest and costs.

12. Pursuant to 28 U.S.C. § 1332(a)(1), this Court has jurisdiction over this matter because the amount in controversy exceeds $75,000, exclusive of interest and costs, and because the lawsuit is between citizens of different states. As such, there is jurisdiction for the removal of this action from state court to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

13. Defendant JVM is the only named defendant in Plaintiff's Petition and, as such, consent to removal by other defendants is not necessary.

14. Pursuant to 28 U.S.C. § 1446(d) and Local Rule 81.1(c)(2), Defendant will file a copy of this Notice of Removal with the Clerk of the Johnson County, Kansas District Court and will additionally give written notice to Plaintiff.

15. Pursuant to Local Rule 81.1(c)(3), Defendant will file a certificate with the Clerk of this Court showing proof of service of all notices and filings referenced herein with the clerk of the state court.

16. By this Notice of Removal, Defendant JVM does not waive any objections it may have as to jurisdiction, venue, or any other defenses or objections that it may have to this action. Defendant intends no admission of facts, law or liability by this Notice, and expressly reserves all defenses and/or motions.

**WHEREFORE**, Defendant JVM Sovereign Apartments, LLC hereby gives notice of the removal of this action from the Johnson County, Kansas, District Court to the United States District Court for the District of Kansas.

Respectfully submitted,

**FOLAND, WICKENS, ROPER,**
**HOFER & CRAWFORD, P.C.**

/s/ Scott D. Hofer
SCOTT D. HOFER KS #15787
CHRISTOPHER MIRAKIAN KS #24450
1200 Main, Suite 2200
Kansas City, MO 64105
816-472-7474
816-472-6262 (fax)
shofer@fwpclaw.com
cmirakian@fwpclaw.com
***ATTORNEYS FOR DEFENDANT***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the above and foregoing was sent via electronic mail and First Class U.S. Mail, postage prepaid, this 29th day of December, 2017 to the following:

John R. Loss
Benjamin & Loss, P.C.
10955 Lowell, Suite 440
Overland Park, Kansas 66210
jloss@bllaw.net
***ATTORNEY FOR PLAINTIFF***

/s/ *Scott D. Hofer*
***ATTORNEY FOR DEFENDANT***